IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE KEVIN WILLIAMS,** ) <br> **# 173816,** ) <br> ) <br> Plaintiff, ) <br> vs. )     CIVIL ACTION NO. 20-00060-KD-MU <br> ) <br> **ASHLEY M. RICH,** ) <br> ) <br> Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection[1] (Doc. 14) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 1, 2022 (Doc. 12) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that Plaintiff's claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE and ORDERED this 28th day of July 2022.

                                                 s/ Kristi K. DuBose
                                                 KRISTI K. DuBOSE
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Court reviewed Williams' objections and finds that he has not shown imminent danger.