# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, ) | |
| # 173816, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. 20-00060-KD-MU |
| ) | |
| ASHLEY M. RICH, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered on this date, it is ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE and ORDERED this 28th day of July 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE